IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ROBERT PHILLIPS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) Case No. 2:17-cv-02643-DDC-JPO |
| v. | ) |
| | ) |
| DEFFENBAUGH INDUSTRIES, INC. | ) |
| | ) |
| and | ) |
| | ) |
| WASTE MANAGEMENT OF KANSAS, INC., | ) |
| | ) |
| DEFENDANTS. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Robert Phillips, Defendant Deffenbaugh Industries, Inc., and Defendant Waste Management of Kansas, Inc., by and through their respective attorneys, hereby stipulate to dismissal with prejudice of this action and all claims asserted herein, with each party bearing its own costs and attorneys' fees.

        Respectfully Submitted

        EDELMAN, LIESEN & MYERS, L.L.P.

        By:/s/ *Katherine E. Myers*
        Katherine E. Myers, KS #25833
        4051 Broadway, Suite 4
        Kansas City, MO 64111
        Tel:    (816) 533-4976
        Fax:   (816) 463-8449
        Email:  kmyers@elmlawkc.com

        ATTORNEY FOR PLAINTIFF

       /s/Daniel B. Boatright_____
        Daniel B. Boatright, KS # 15298

Alyssa M. Sediqzad, #27258  
LITTLER MENDELSON, P.C.  
1201 Walnut, Suite 1450  
Kansas City, MO 64106  
Telephone: 816.627.4400  
Facsimile: 816.627.4444  
dboatright@littler.com  
asediqzad@littler.com  
ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August, 2018 a true and correct copy of the foregoing was filed with the CM/ECF system which sent notification to:

Daniel B. Boatright, KS # 15298  
Alyssa M. Sediqzad, #27258  
LITTLER MENDELSON, P.C.  
1201 Walnut, Suite 1450  
Kansas City, MO 64106  
Telephone: 816.627.4400  
Facsimile: 816.627.4444  
dboatright@littler.com  
asediqzad@littler.com  
ATTORNEYS FOR DEFENDANTS

By:/s/Katherine E. Myers  
ATTORNEY FOR PLAINTIFF